UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff

vs

LOPEZ-ALVAREZ, RAUL    Defendant

FILED JAN 7 8 37 AM '88
CLERK U.S. DISTRICT
CENTRAL DIST OF

CASE NUMBER
CR 87-422 (A)

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

(1) Date and time of arrest 1-7-88    8:30    A.M.

(2) Charges under which defendant has been booked at Terminal Island 18 USC 1117 A~λ 1114 Cons To Murder A Federal Agent

(3) Offense charged is a  [X] Felony  [ ] Minor Offense
                          [ ] Other Misdemeanor  [ ] Petty Offense

(4) U.S. Citizen  [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 11-25-58

(6) The defendant is  [ ] Presently in custody on this charge.
                     [ ] At liberty on bond posted before Magistrate.
                     [ ] At liberty and warrant is requested.

    Federal [X]   In custody on another ~~conviction~~. Another charge
    State   [ ]   In custody awaiting trial on these charges.

(7) Place of detention (if out of district): _____

(8) Date detainer placed on defendant: _____

ENTERED ON C
JAN 8 1988

(9) This is a reprosecution of previously dismissed charges.
    (docket No. _____ ; Dismissed on motion of _____

(10) Name of Pretrial Services Officer: Duty Officer

(Over)

CR54 (3/80)    REPORT COMMENCING CRIMINAL ACTION

(11) Remarks: _____

_____

_____

_____

(12) DATE: 1-7-88

(13) _____
   Signature

(14) JAMES T. WINTERS
   Name

(15) DUSM
   Title

REPORT COMMENCING CRIMINAL ACTION