# EXHIBIT C

**PACER fee: Exempt**

**General Docket**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 06-75103<br>Lopez-Alvarez, et al v. USA<br>**Appeal From:** U.S. District Court for Central California, Los Angeles<br>**Fee Status:** Not Applicable | **Docketed:** 10/28/2006<br>**Termed:** 01/23/2007 |

**Case Type Information:**
   1) original proceeding
   2) second/successive habeas corpu
   3) null

**Originating Court Information:**
   **District:** 0973-2 : CV-97-06776-ER
   **Trial Judge:** Edward Rafeedie, Senior District Judge
   **Date Rec'd COA:**
   10/24/2006

**Prior Cases:**

| | | | |
|---|---|---|---|
| 05-74554 | **Date Filed:** 08/03/2005 | **Date Disposed:** 02/24/2006 | **Disposition:** Denied - Judge Order |
| 88-5421  | **Date Filed:** 11/14/1988 | **Date Disposed:** 07/08/1992 | **Disposition:** Affirmed, Reversed - Opinion |
| 99-56630 | **Date Filed:** 11/01/1999 | **Date Disposed:** 02/15/2000 | **Disposition:** COA Denied - Judge Order |

**Current Cases:**
   None

| | |
|---|---|
| RAUL LOPEZ-ALVAREZ (-: 87194-012)<br>       Petitioner, | Raul Lopez-Alvarez<br>[COR LD NTC Pro Se]<br>USP - U.S. PENITENTIARY - TERRE HAUTE<br>P.O. Box 33<br>Terre Haute, IN 47808 |
| v. | |
| UNITED STATES OF AMERICA<br>       Respondent, | Miriam A. Krinsky, Esquire, Assistant U.S. Attorney<br>Direct: 818-558-3011<br>[COR LD NTC Assist US Attorney]<br>JUDICIAL COUNCIL OF CALIFORNIA<br>Suite 200<br>2255 North Ontario Street<br>Burbank, CA 91504 |

**Ex. C-1**

RAUL LOPEZ-ALVAREZ,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

**Ex. C-2**

| | | | |
|---|---|---|---|
| 10/24/2006 | ☐ | 1 | Application for leave to file a second or successive petition filed (MOATT) (GN) [Entered: 10/28/2006 03:31 PM] |
| 10/24/2006 | ☐ | 2 | To be treated as second successive appeal per SVG [06-75103] (GN) [Entered: 10/30/2006 03:03 PM] |
| 01/23/2007 | ☐ | 5 | Order filed. The appl for auth to file a second or successive 28 USC 2255 habeus corpus petition in the dist court is denied. (CITE) DENIED. No petition for rhrg or mtn for recon shall be filed or entertained in this case. (CITE) ( Terminated on the Merits after Submission Without Oral Hearing; Denied; Written, Unsigned, Unpublished. Barry G. SILVERMAN, Richard A. PAEZ, Jay S. BYBEE ) [06-75103] (GN) [Entered: 01/23/2007 09:34 AM] |