E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
J. MARK CHILDS (Cal. Bar No. 162684)
Assistant United States Attorney
INMLR Section
     1400 United States Courthouse
     312 North Spring Street, 14TH Floor
     Los Angeles, California 90012
     Telephone: (213) 894-2433
     Facsimile: (213) 894-0142
     E-mail:   Mark.Childs@usdoj.gov


Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 87-422(B)-JAK-5 |
|---|---|
| Plaintiff, | STATUS REPORT RE: DEFENDANT RAUL LOPEZ-ALVAREZ |
| v. | |
| RAUL LOPEZ-ALVAREZ, | |
| Defendant. | |

     Pursuant to the Court's order dated February 23, 2023 (Docket Entry No. 4476) (hereinafter, "Order"), the parties have discussed this case.  The government hereby submits this status report.  A copy of this status report was provided to defense counsel prior to it being filed.

     The government will file a notice of appeal against the Order upon the entry of a judgment consistent with its terms.  If the appeal is unsuccessful or withdrawn by the government, the government

will pursue a new trial with respect to all of the four counts at issue.

The parties are engaged in significant plea negotiations.

Dated: March 15, 2023              Respectfully submitted,

                                   E. MARTIN ESTRADA
                                   United States Attorney

                                   MACK E. JENKINS
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                   /s/ J. MARK CHILDS
                                   J. MARK CHILDS
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA